UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Irma E. Gonzalez)

| | |
|---|---|
| ULISSES PALAFOX and STEVEN NAPOLITANO,<br><br>Plaintiffs,<br><br>v.<br><br>CHULA VISTA POLICE OFFICERS J. CUNNINGHAM, I. BURRUEL, SGT. K. HEINZ, SGT. M. WALDEN, M. MEREDITH, A. FORMALS, N. WALKER, B. BEJAMIN, P. TRAMPUS, and DOES 1-10,<br><br>Defendants. | Case No.  08-CV-2118-IEG (JMA)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the parties joint mouton pursuant to F.R. Civ. P. 41(a)(1)(A)(i) to Dismiss all remaining Defendants and all claims for relief, with Prejudice, is GRANTED.

IT IS SO ORDERED.

**DATED:  August 3, 2009**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

08cv2118 palafox order voluntary dismissal.wpd